abc:c.2005R00349
blad03.ord.wpd

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| v. | : | Magistrate No. 2005-3639 |
| DARREN SMITH | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court upon the joint application of the United States of America, by Christopher J. Christie, United States Attorney for the District of New Jersey (Aidan P. O'Connor, Assistant U.S. Attorney, appearing) and defendant Darren Smith, by his attorney Richard J. Verde, Esq. for an order continuing this matter from March 17, 2006, until May 17, 2006, and the defendant having been made aware by his attorney that he has the right under 18 U.S.C. § 3161(b) to have an indictment or information filed within 30 days of arrest and a right under 18 U.S.C. § 3161(c) to have the matter go to trial within 70 days of the filing date of an indictment or information, and the defendant through his attorney having waived such rights and consented to the continuance, and for good and sufficient cause shown:

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant Darren Smith and the Office of the United States Attorney for the District of New Jersey are undertaking plea negotiations and may be able to resolve this case;

2. The completion of a plea agreement will be beneficial to the preservation of judicial resources;

3. Pursuant to Title 18, United States Code, Sections 3161(h)(8)(A), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, IT IS on this 3rd day of April, 2006,

ORDERED that this action be, and it hereby is, continued until May 17, 2006;

IT IS FURTHER ORDERED that the period between March 17, 2005, and the continued trial date shall be excludable in counting time under the Speedy Trial Act of 1974.

HON. MARK FALK
UNITED STATES MAGISTRATE JUDGE

CONSENTED TO:

Aidan P. O'Connor
Assistant U.S. Attorney

3/31/06

Richard J. Verde, Esq.
Counsel for defendant Darren Smith

2