CHRISTOPHER J. CHRISTIE  
United States Attorney  
LEAH A. BYNON  
Assistant United States Attorney  
970 Broad Street, Suite 700  
Newark, NJ 07102  
Tel. 973-645-2736  
Fax. 973-297-2010  
email: Leah.Bynon@usdoj.gov  
LAB0321

Electronically Filed.

*UNITED STATES DISTRICT COURT*  
*DISTRICT OF NEW JERSEY*

| UNITED STATES OF AMERICA, | HON. STANLEY R. CHESLER |
|---|---|
| v. | *Civil Action No.* 07-376 (SRC) |
| DARREN SMITH, | |
| Defendant. | ORDER |

This matter having come before the Court upon defendant Darren Smith's Motion seeking exemption from the Inmate Financial Responsibility Program in connection with his Ordered restitution, and the Court having carefully considered the submissions and positions of the parties; and

WHEREAS, defendant was sentenced and Ordered to pay $862,594.47 in restitution, due immediately; and

WHEREAS, this Court recommended participation in the Inmate Financial responsibility Program; and

WHEREAS, Bureau of Prisons policies and procedures require participation in the Inmate Financial Responsibility Program where an inmate owes a financial obligation, with refusal to participate in the program the basis for certain restrictions on job placement, pay, commissary purchases and other conditions; and

WHEREAS,  defendant is required to pay a minimum of 50% of his UNICOR earnings

towards payment of his restitution while incarcerated under the IFRP;

THEREFORE, It is on this the 6 day of Nov, 2008, hereby

ORDERED that Defendant Darren Smith's Motion is DISMISSED.

_____
STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE