# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**STANLEY R. CHESLER**
JUDGE

SENATOR FRANK R. LAUTENBERG BUILDING
UNITED STATES COURTHOUSE AND POST OFFICE
P.O. BOX 999
NEWARK, N.J. 07101-0999
(973) 645-3136

July 21, 2009

Mr. Darren Smith
Fed. Reg. No. 27540-050
FCI Allenwood
P.O. Box 2000
White Deer, PA 17887

      Re:    **United States v. Darren Smith**
                  **Criminal Action No. 07-376**

Dear Mr. Smith:

      The Court has received your letter filed on July 9, 2009 [Docket Entry No. 42] inquiring about the status of your motion seeking exemption from the Inmate Financial Responsibility Program [Docket Entry No. 35]. Please be advised that by Order dated November 6, 2008, the Court denied your Motion seeking exemption from the IFRP [Docket Entry No. 37]. A copy of the Court's Order is enclosed.

      Pursuant to your July 9, 2009 letter, please also be advised that, under Fed. R. Crim. P. 35, the Court lacks jurisdiction to grant the relief you request. The terms and conditions under which the Federal Bureau of Prisons runs its prison programs are not the subject of orders of this Court. Therefore, pursuant to the Court's previous Order of November 6, 2008, your motion has been denied.

      Very truly yours,

      STANLEY R. CHESLER
      United States District Judge

Enclosures
cc:    Richard Verde (w/ encl.)
         Aiden O'Connor (w/ encl.)