**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> *Plaintiff,* <br><br> v. <br><br> **DARREN SMITH,** <br><br> *Defendants.* | *Criminal No.* **07-376 (SRC)** <br><br> **ORDER** |

Upon consideration of the application of defendant Darren Smith regarding his restitution payment schedule while incarcerated based on a material change in financial resources, as well as the response of the United States, Financial Litigation Unit; and

Whereas defendant Darren Smith has been transferred to a Federal Correction Institution that does not provide for participation in the UNICOR program; and

Whereas, the United States Financial Litigation Unit, does not object to a payment schedule of at least $25 quarterly (every three months) based on defendant's current wages while incarcerated,

For good cause shown, it is on this 12 day of Oct, 2011

Ordered that defendant shall make payments of at least $25 quarterly while incarcerated. Should participation in a UNICOR program become available, or shall any other material change in financial resources occur, defendant shall so notify the Financial Litigation Unit and the Court and his payments may be modified accordingly upon application by the United States.

SO ORDERED: _____
STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT