PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Darren Smith        Cr.: 07-00376-001
                                                          PACTS #: 44213

Name of Sentencing Judicial Officer:   THE HONORABLE STANLEY R. CHESLER
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 11/20/2007

Original Offense:   Count One: Conspiracy to Commit Robbery, 18 U.S.C. § 1951(a)
                    Count Two: Conspiracy to Commit Burglary, 18 U.S.C. § 371

Original Sentence: 188 months of imprisonment, 36 months of supervised release

Special Conditions: $200 Special Assessment, $862,594.47 in Restitution, Financial Disclosure, No New Debt/Credit, and Collection of DNA

Type of Supervision: Supervised Release          Date Supervision Commenced: July 19, 2019

### NONCOMPLIANCE SUMMARY

Throughout his term of supervised release, Smith has paid $5,884.96 towards his restitution. The individual under supervision's term of supervision is due to expire on July 18, 2022, with an outstanding restitution balance of $855,301.85. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   DONALD L. MARTENZ, JR.
      Supervising U.S. Probation Officer

/ bgm

PREPARED BY:

BRENDAN G. MURILLO          06/16/2022
U.S. Probation Technician   Date

Prob 12A – page 2
Darren Smith

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ **x Allow Supervision to Expire as Scheduled on July 18, 2022 (***as recommended by the Probation Office***)**

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Stanley R. Chesler, U. S. D. J.

_____
Signature of Judicial Officer

6/17/2022
_____
Date